

FILED

DEC 3 0 2024

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| United States District Court for the Eastern District of Virginia 701 East Broad Street Richmond, VA 23219 | |
| --- | --- |
| In Re; **Redemption of Phillip Sherrod** *On and for the behalf of the* UNITED STATES | Miscellaneous Case #  3:24mc6 |

## NOTICE OF GARNISHMENT - RULE B(1)(c)

**COMES NOW**, Phillip Sherrod of the family GRAVES and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §16 of the 1913 Federal Reserve Act.  Service to the agent is service to the principal and vice Versa. The law is clear – one must make demand for lawful money clear to the Treasury of the United States.

Dear Clerk of Court:

Please find USPS Money Order #28648974071 for $52. Prevalent deviant oaths of office prescribe exigent circumstances, judicial review is impracticable. Rule B(1)(c) allows for garnishment actions against Janet Louise YELLEN and her agents. Chapter 101 of Title 18 of the US Code, in particular §2076 protects against any diversion or obstruction of the publication process, PACER, of this Document in full. Social Security numbers have been redacted on the rendition to be published on PACER but the original mailing presentment, refused for cause is mailed directly and timely to garnishee Scott BESSENT as Presenter. In most cases services to

the agent is enough. Presently it is determined that Notice of Demand for Lawful Money shall be

upon the Secretary of the Treasury in his capacity as United States Governor of the International

Monetary Fund. Please file this Refusal for Cause on this recent 3176C Letter.

Thank you in advance for your professionalism.

As Instructed in the 3176C Letter, my signature below verifies I have inquired online of

Publication 2105 and Notice 2010-33 looking for any Material in support of the Frivolous

Penalty arguments in the 3176C Letter. Nothing can be found in either citation that applies to

redeeming lawful money in order to secure redeeming the mind from the rigors of debt and

central banking in general.  If it were possible to legally interfere with my demand for

redemption, I feel strongly that Congress would have repealed or amended Title 12 USC §411

long ago so as to avoid any confusion. It is a difficult burden to lay upon me, that I have to

correct my tax return when it is already correct.

Phillip Sherrod is fully prepared to prove that judicial review is impracticable (E(4)(f)

hearing) through deviant oaths of office. Included and fully integrated is a request for the oath of

office of Mark Steven DAVIS; Chief Judge. Amidst the specificity required of trained attorneys

and judicial officers changing "So help me God" to "SO HELP ME GOD" is strong evidence of

fraud.

The law says that all that is required of me is "They shall be redeemed in lawful money

on demand at the Treasury of the United States…" And so it is.


Phillip Sherrod

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Virginia                              )

County of Goochland                     )

On 12-29-2024 , before me, Tabetha Russell , Notary Public,
      *Date*                                 *Insert Name and title of the Officer*

personally appeared Phillip Sherrod Graves
                                *Name(s) of Signer(s)*

----------------------------------------------------------------------------------------

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is /are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

TABETHA LAVERNE RUSSELL
NOTARY PUBLIC
REG. #7906593
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 02/29/2028

I certify under PENALTY OF PERJURY under the laws of the State of Virginia that the foregoing paragraph is true and correct.

WITNESS my hand and official Seal.

Signature *Tabetha Russell*
                           *Signature of Notary Public*

**Certificate of Mailing**

Upon publication:

Scott BESSENT
US Governor of the IMF
1500 Pennsylvania Avenue NW
Washington DC 20220

Registered Mail # RF 367 769 456 US
Return Receipt # 9590 9402 5793 0034 3394 79

Internal Revenue Service
Department of the Treasury
Austin, Texas  73301-0059

Registered Mail # RF 367 769 460 US
Return Receipt # 9590 9402 5793 0034 3394 48

Federal Reserve Bank of Richmond
701 East Byrd Street
Richmond, Virginia 23219

Registered Mail # RF 367 769 473 US
Return Receipt # 9590 9402 3996 8079 7178 71