**IRS** Department of the Treasury
Internal Revenue Service

AUSTIN TX 73301-0059

In reply refer to: 1486944767
Dec. 04, 2024  LTR 3176C  0
***-**-5128  202312 30
Input Op: 1486944767 00023280
BODC: WI

PHILLIP S GRAVES
4555 BROAD STREET RD
GUM SPRING VA 23065-2003

```
Taxpayer identification number: ***-**-5128
                          Form: 1040
                  Tax periods: Dec. 31, 2023

  Employee identification number: 1486944767
        Contact telephone number: 866-883-0235
             Contact fax number: 855-214-7520
```

Dear Taxpayer:

You filed a purported tax return for the tax periods above that claimed one or more frivolous positions or reflected a desire to delay or impede administration of the tax laws. If you don't immediately correct your return, we'll assess a $5,000 penalty against you.

WHY WE ARE CONTACTING YOU

Based on Internal Revenue Code Section 6702, Frivolous Tax Submissions, we determined the information you filed as a purported tax return, on Feb. 04, 2024 is frivolous and there is no basis in the law for your position.

Federal courts, including the Supreme Court of the United States, have considered positions like yours and repeatedly rejected them as without merit. Publication 2105, Why do I have to Pay Taxes?, includes examples of frivolous positions and arguments regarding the U.S. tax system under the heading "Don't Fall for These Arguments." Notice 2010-33 provides detailed information on positions identified as frivolous under Section 6702.

People who violate the tax laws may be subject to federal criminal prosecution and imprisonment. For information about the IRS criminal enforcement program visit IRS.gov/ciprograms.

You included a position that has no basis in the law. You're attempting to avoid or reduce tax liabilities or to secure a refund to which you're not entitled.

To avoid this penalty, submit a signed request to withdraw your purported returns for each taxable period listed at the top of this letter within 30 days from the date of this letter. Once you withdraw your purported returns, we'll disregard the frivolous documents you filed and we will not assess the frivolous tax return penalty for each

*[Handwritten in red across letter: "Refusal for Cause"]*

```
                                              1486944767
                         Dec. 04, 2024  LTR 3176C     0
                         ***-**-5128   202312 30
                         Input Op:  1486944767 00023282
```

PHILLIP S GRAVES
4555 BROAD STREET RD
GUM SPRING   VA   23065-2003

**Refusal for Cause** *(handwritten in red across page)*

Sincerely yours,

*Mr. Larochelle* *(signature)*

Mr. Larochelle, Director
Return Integrity Verification Ops.

Enclosure:
Publication 1

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| RL / 7X2 24690389 | 01/ | 4311121 | 1 of 1 | | ADP |

Vertical Transportation Inc
815 PORTER ST
Richmond, VA 23224

Period Starting: 01/01/2023
Period Ending: 01/07/2023
Pay Date: 01/13/2023

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 1
  Local: 0
Social Security Number: ███

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Phillip Graves


| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | ███ | ███ |
| Gross Pay | | | ███ | ███ |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | ███ | ███ |
| Social Security | | |
| Medicare | | |
| Virginia State Income | | |
| Net Pay | ███ | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| ███ | ███ | ███ |

**Important Notes**
Basis of pay: Salaried

Redeemed in Lawful Money
Pursuant to 12 U.S.C. §411
By: [signature]

Your federal taxable wages this period are ███

Vertical Transportation Inc
815 PORTER ST
Richmond, VA 23224

Pay Date: 01/13/2023

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5800 | ███ | ███ |

THIS IS NOT A CHECK

Phillip Graves


| Company Code | Loc/Dept | Number | Page | | Earnings Statement |  |
|---|---|---|---|---|---|---|
| RL / 7X2 24690389 | 01/ | 4550658 | 1 of 1 | | | |

Vertical Transportation Inc
815 PORTER ST
Richmond, VA 23224

Period Starting: 04/02/2023
Period Ending: 04/08/2023
Pay Date: 04/14/2023

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    1
  Local:    0
Social Security Number: ▓▓▓▓▓

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Phillip Graves


| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | | |
| Gross Pay | | | ▓▓▓ | ▓▓▓ |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | | |
| Social Security | | |
| Medicare | | |
| Virginia State Income | | |
| Net Pay | ▓▓▓ | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓ |

Important Notes
Basis of pay: Salaried

*[Handwritten:]* Redeemed in Lawful Money Pursuant to 12 U.S.C. §411
By: [signature]

Your federal taxable wages this period are ▓▓▓

Vertical Transportation Inc
815 PORTER ST
Richmond, VA 23224

Pay Date:  04/14/2023

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓ |

Phillip Graves
▓▓▓▓▓

| Company Code | Loc/Dept | Number | Page | | Earnings Statement | |
|---|---|---|---|---|---|---|
| RL / 7X2 24690389 | 01/ | 4802347 | 1 of 1 | | | ADP |

Vertical Transportation Inc
815 PORTER ST
Richmond, VA 23224

Period Starting: 07/02/2023
Period Ending: 07/08/2023
Pay Date: 07/14/2023

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    1
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Phillip Graves
[address redacted]

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | ▓▓▓ | ▓▓▓ |
| Gross Pay | | | ▓▓▓ | ▓▓▓ |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | | |
| Social Security | | |
| Medicare | | |
| Virginia State Income | | |
| Net Pay | ▓▓▓ | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ |

Important Notes
Basis of pay: Salaried

Redeemed in Lawful Money
Pursuant to 12 U.S.C. §411
By: [signature]

Your federal taxable wages this period are ▓▓▓

Vertical Transportation Inc
815 PORTER ST
Richmond, VA 23224

Pay Date: 07/14/2023

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ |

THIS IS NOT A CHECK

Phillip Graves



| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / 7X2 24690389 | 01/ | 5045039 | 1 of 1 |

Vertical Transportation Inc
11147 Air Park Rd
Suite 1
Ashland, VA 23005

**Earnings Statement**

ADP

Period Starting: 10/01/2023
Period Ending: 10/07/2023
Pay Date: 10/13/2023

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    1
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Phillip Graves
[address redacted]

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | | |
| Gross Pay | | | | |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | | |
| Social Security | | |
| Medicare | | |
| Virginia State Income | | |
| Net Pay | | |

Deposits
account number    transit/ABA    amount

**Important Notes**
Basis of pay: Salaried

Redeemed in Lawful Money
Pursuant to 12 U.S.C. §411
By: [signature]

Your federal taxable wages this period are [redacted]

Vertical Transportation Inc
11147 Air Park Rd
Suite 1
Ashland, VA 23005

Pay Date:    10/13/2023

Deposited to the account
Checking DirectDeposit

account number    transit/ABA    amount

**THIS IS NOT A CHECK**

Phillip Graves


| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / 7X2 24690389 | 01/ | 5228760 | 1 of 1 |

Vertical Transportation Inc
11147 Air Park Rd
Suite 1
Ashland, VA 23005

**Earnings Statement** 

Period Starting: 12/10/2023
Period Ending: 12/16/2023
Pay Date: 12/22/2023

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: Blocked
  Local: 0
Social Security Number: ███

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Phillip Graves


| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | ███ | ███ |
| Gross Pay | | | ███ | ███ |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | | |
| Social Security | | |
| Medicare | ███ | ███ |
| Virginia State Income | | |
| Net Pay | | ███ |

Deposits
| account number | transit/ABA | amount |
|---|---|---|
| ███ | ███ | ███ |

**Important Notes**
Basis of pay: Salaried

Redeemed In Lawful Money
Pursuant to 12 U.S.C. §411
By: [signature]

Your federal taxable wages this period are ███

Vertical Transportation Inc
11147 Air Park Rd
Suite 1
Ashland, VA 23005

Pay Date: 12/22/2023

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| ███ | ███ | ███ |

THIS IS NOT A CHECK

Phillip Graves


🇺🇸 An official website of the United States government
Here's how you know



 FOIA.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 1846656

# Success!

## Your FOIA request has been created and is being sent to the Office of Information Policy.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

### Contact the agency

FOIA Requester Service Center

202-514-3642

Valeree Villanueva, FOIA Public Liaison

202-514-3642

Douglas Hibbard, Chief, Initial Request Staff
441 G St, NW, 6th Floor
Washington, DC 20530

# Request summary

Request submitted on **December 29, 2024**.

The confirmation ID for your request is **1846656**.

> The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Phillip Graves

**Mailing address**
4555 Broad Street Rd
Gum Spring, VA 23065
United States

**Phone number**
8045133437

**Email**
pgrav003@gmail.com

## Your request

Oath of Office for Chief Judge Mark S. Davis

## Fees

**What type of requester are you?**

other

**Fee waiver**

no

---

# Request expedited processing

**Expedited processing**

no



## CONTACT

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ☐ CC3.0

| FREQUENTLY ASKED QUESTIONS

| DEVELOPER RESOURCES

| AGENCY API SPEC

| FOIA CONTACT DOWNLOAD

| FOIA DATASET DOWNLOAD

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV ☐

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, \_\_\_\_\_James Emanuel Boasberg\_\_\_\_\_, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as <u>United States District Judge for the District of Columbia</u> under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

*[Handwritten annotations in red: "Refusal for Cause" across the text; "NO!!" next to "SO HELP ME GOD" which is circled]*

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this \_\_1st\_\_ day of \_\_April, 2011\_\_.

_____
J Truman Morrison

Actual abode: (b)(6)
Official station*
Date of birth (b)(6)
Date of Entry on Duty 4/1/11

\* Title 28, sec. 456 United States Code as amended.

# America's Secret Establishment

## An Introduction to the ORDER OF SKULL & BONES

Antony C Sutton

# New Initiates Into The Order for 1985

## 1985

BOASBERG, James Emanuel, 3136 Newark Street, NW, Washington, D.C. 20008.

CARLIN, William John Carr, Jr., 21 Schermerhorn Street, Brooklyn, New York 11201.

CHANDRASEKHAR, Ashok Jai, 120 East 34th Street, New York, New York 10016.

FRANKEL, Scott David, 3290 Kersdale Road, Pepper Pike Ohio 44124.

GROSSMAN, Jay Alan, 48 Niles Road, Randolph, Massachusetts 02368.

KWOK, Wei-Tai, 5 109 Philip Road, Annandale, Virginia 22003.

LINDY, Peter Barnes, 105 South Perkins, Memphis, Tennessee 38117.

MISNER, Timothy Charles, 1009 Crest Park Drive, Silver Spring, Maryland 20903.

MNU CHIN, Steven Terner, 721 Fifth Avenue, New York, New York 10022.

PATELA, James Gerard, 47 Knollwood Drive, Branford, Connecticut 06405.

POWERS, Richard Hart, 21 Haigh Avenue, Niantic Connecticut 06357.

SMOCK, Morgan Robert, 4017 Louisiana Avenue North, New Hope, Minnesota 55427.

TAFT, Horace Dutton, 403 St. Ronan Street, New Haven, Connecticut 06511.

THOMPSON, Gregory Allan, 118 Whitman Drive, Brooklyn, New York 11234.

WALSH, Kevin Sanchez, 1030 Clay Avenue, Pelham Manor, New York 10803.

# Author's Preface:
## America's Secret Establishment

After 16 books and 25 years in basic research I thought I'd heard it all... the world was a confused mess, probably beyond understanding and certainly beyond salvation — and there was little I could do about it.

Back in 1968 my *Western Technology and Soviet Economic Development* was published by the Hoover Institution at Stanford University. In three substantial volumes I detailed how the West had built the Soviet Union. However, the work generated a seemingly insoluble puzzle — **why** have we done this? **Why** did we build the Soviet Union, while we also transferred technology to Hitler's Germany? **Why** does Washington want to conceal these facts? **Why** have we boosted Soviet military power? And simultaneously boosted our own?

In subsequent books, the *Wall Street* series, I added more questions — but no answers. I had more or less arrived at the conclusion that there was no rational answer that could be proven.

Then a year or so ago I received an eight-inch batch of documents — nothing less than the membership lists of an American secret society. Glancing through the sheets it was more than obvious — this was no ordinary group. The names spelled Power, with a capital P. As I probed each individual a pattern emerged...and a formerly fuzzy world became crystal clear.

The book you will read here is a combined version of a series reporting on this research. Each volume builds on the previous volume in a logical step-by-step process.

These volumes will explain **why** the West built the Soviets **and** Hitler; **why** we go to war, to lose; **why** Wall Street loves Marxists **and** Nazis; **why** the kids can't read; **why** the Churches have become propaganda founts; **why** historical facts are suppressed, **why** politicians **lie** and a hundred other whys.

This series is infinitely more important than the original *Western Technology* series on technological transfers. If I have a **magnum opus,** this is it.

ANTONY C. SUTTON

Phoenix, Arizona
July 30, 1983

| | |
|---|---|
| United States District Court for the Eastern District of Virginia 701 East Broad Street Richmond, VA 23219 | |
| In Re; **Redemption of Phillip Sherrod** *On and for the behalf of the* UNITED STATES | Miscellaneous Case # |
| **NOTICE OF GARNISHMENT - RULE B(1)(c)** | |

**COMES NOW**, Phillip Sherrod of the family GRAVES and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §16 of the 1913 Federal Reserve Act. Service to the agent is service to the principal and vice Versa. The law is clear – one must make demand for lawful money clear to the Treasury of the United States.

Dear Clerk of Court:

Please find USPS Money Order #28648974071 for $52. Prevalent deviant oaths of office prescribe exigent circumstances, judicial review is impracticable. Rule B(1)(c) allows for garnishment actions against Janet Louise YELLEN and her agents. Chapter 101 of Title 18 of the US Code, in particular §2076 protects against any diversion or obstruction of the publication process, PACER, of this Document in full. Social Security numbers have been redacted on the rendition to be published on PACER but the original mailing presentment, refused for cause is mailed directly and timely to garnishee Scott BESSENT as Presenter. In most cases services to